IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ROBERTA HOUSE-FORSHEE, | : | Case No. 1:24-cv-110 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| BENEFITS COMMITTEE OF | : | |
| WESTERN & SOUTHERN FINANCIAL | : | |
| GROUP CO. FLEXIBLE BENEFITS | : | |
| PLAN, et al., | : | |
| | : | |
| Defendants. | : | |

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 21)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 21), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following:

1. Defendants' Rule 12(b)(1) Motion to Dismiss (Doc. 15) is **GRANTED**;

2. Judgment is **ENTERED** in favor of Defendants;

3. This case is **TERMINATED** from the Court's docket; and

4. Plaintiff **SHALL FILE** any post-judgment motion for a discretionary award of fees under ERISA pursuant to Federal Rule of Civil Procedure 54(d), to the extent that she continues to seek relief.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND