IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ROBERTA HOUSE-FORSHEE, | : | Case No. 1:24-cv-110 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| BENEFITS COMMITTEE OF WESTERN & SOUTHERN FINANCIAL GROUP CO. FLEXIBLE BENEFITS PLAN, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 32)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 32), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion for Attorneys' Fees (Doc. 24).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND